## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FRANCISCO LOERA, III, )<br>)<br>Defendant. ) | 8:03CR545<br><br>ORDER TO SEAL DOCUMENTS |

This matter is before the Court on the motion of the defendant (Filing No. 24) for an order to seal three documents in this matter: the first being an Amended Motion To Amend Conditions Of Supervised Release which will be filed immediately after this order is signed and previously filed documents, the Motion to Amend Conditions of Supervised Release (Filing No. 20), and the Brief in Support of Motion to Amend Conditions of Supervised Release (Filing No. 21). Upon consideration,

**IT IS ORDERED:**

1. The defendant's motion (Filing No. 24) for an order to seal three documents in this matter is granted.

2. The defendant's Amended Motion To Amend Conditions Of Supervised Release shall be filed under seal.

3. The Clerk of the Court shall seal the documents already filed and named (Filing Nos. 20 and 21) in Defendant's Motion Requesting Certain Documents to be Sealed.

Dated this 12th day of September, 2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge